UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven Swan

v. Civil No. 06-cv-88-SM

Thomas P. Colantuono, et al

**ORDER**

Pursuant to the provisions of LR 77.5, the above-captioned case has been referred to the District of Rhode Island for consideration by a Rhode Island judicial officer, sitting by designation, due to the recusal of the New Hampshire judges. Jurisdiction of the case remains with the New Hampshire District Court.

All original pleadings, motions, memos, and filings will continue to be filed with the Clerk in New Hampshire, but copies of same shall be filed in Rhode Island with certification to that effect. Both district court numbers must appear on all filings.

By the Court,

March 13, 2006

/s/ Joyce Roy
Joyce Roy
Deputy Clerk

cc: Steven A. Swan, pro se
Clerk, US District Court, Rhode Island

6