ECF, JDrecused, JMrecused, PBrecused, RI-OUT, SMrecused

**U.S. District Court**
**District of New Hampshire (Concord)**
**CIVIL DOCKET FOR CASE #: 1:06-cv-00088-ECT**

Swan v. Colantuono et al
Assigned to: Chief Judge Ernest C. Torres
Referred to: Magistrate Judge James R. Muirhead
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/08/2006
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Steven A. Swan**

represented by **Steven A. Swan**
00259-049 Camp
Federal Medical Center - Devens
P.O. Box 879
Ayer, MA 01432
PRO SE

V.

**Defendant**

**Thomas P. Colantuono**
*US Attorney, District of New Hampshire*

**Defendant**

**William E. Morse**
*Assistant US Attorney, District of New Hampshire*

**Defendant**

**James W. Chapman, Jr.**
*US Department of Justice, Trial Attorney*

**Defendant**

**Roberta Keenan**
*US Internal Revenue Service, Special Agent*

**Defendant**

**Donald Feith**
*US Attorney's Office, District of New Hampshire, Head of the Criminal Division*

CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: [signature]
DEPUTY CLERK

**Defendant**

**Paul J. Barbadoro**
*US District Court, New Hampshire,*
*Judge*

**Defendant**

**Unspecified Defendants**
*Unknown government officials*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2006 | 1 | COMPLAINT against Thomas P. Colantuono, William E. Morse, James W. Chapman, Jr, Roberta Keenan, Donald Feith, Paul J. Barbadoro, Unspecified Defendants with Jury Demand ( Filing fee $ 250 receipt number 028598) filed by Steven A. Swan. (Attachments:, # 1 Proposed Waivers)(cms, ) (Entered: 03/09/2006) |
| 03/09/2006 | 2 | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. (cms, ) (Entered: 03/09/2006) |
| 03/13/2006 | 3 | **ORDER. All of the judges are recused, case transferred to District of Rhode Island. Concurring Order sent. Miscellaneous Deadline set for 4/3/2006. Signed by Judge Steven J. McAuliffe. (jar, )** (Entered: 03/13/2006) |
| 03/13/2006 | 4 | **TRANSFER ORDER - case transferred to Rhode Island. Signed by Judge Steven J. McAuliffe. (jar, )** (Entered: 03/13/2006) |
| 03/13/2006 | 5 | **ORDER OF RECUSAL of all judges. Signed by Judge Steven J. McAuliffe, Judge Joseph A. DiClerico, Judge Paul Barbadoro and Magistrate Judge James R. Muirhead. (jar, )** (Entered: 03/13/2006) |
| 03/13/2006 | | Case REFERRED to District of Rhode Island. Case reassigned to Ernest C. Torres. Copies of recusal/referral order and docket sheet sent. (jar, ) (Entered: 03/13/2006) |
| 03/13/2006 | 6 | **PROCEDURAL ORDER. Due to recusal of NH judges, case referred to Rhode Island. Original filings shall continue in NH with copies to Rhode Island. Both District Court numbers must appear on all pleadings. Signed by Clerk, James R. Starr. (jar, )** (Entered: 03/13/2006) |
| 03/13/2006 | 7 | Letter to USDC - RI from USDC - NH re: case transfer (jar, ) (Entered: 03/13/2006) |