UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


STEVEN A. SWAN


                    v.                          NH CA No. 06-88-SM
                                                RI MC No. 06-19-T
THOMAS P. COLANTUONO,
WILLIAM E. MORSE,
JAMES W. CHAPMAN, JR.,
ROBERTA KEENAN,
DONALD FAITH,
PAUL J. BARBADORO,
and Unspecified Defendants

## ORDER REFERRING MATTER TO MAGISTRATE JUDGE AND APPLYING LOCAL RULES OF DISTRICT OF RHODE ISLAND

It is hereby ORDERED as follows:

1.    This matter is hereby referred to a magistrate judge for:

      A.    Review and appropriate action in accordance with
            Local Civil Rule 77.5 of the District of New
            Hampshire and/or

      B.    A Report and Recommendation as to whether the
            plaintiff should be directed to show cause why this
            case should not be dismissed on the ground that he
            seeks to collaterally attack his conviction and
            cannot assert his claim unless and until that
            conviction is vacated.

2.    Henceforth, this case shall be governed by the Local
      Rules of the District of Rhode Island.

                                    By Order


                                    _____
                                    Deputy Clerk

ENTER:


_____
Ernest C. Torres
Chief Judge
Date: 4/5/06              , 2006