UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEVEN A. SWAN

v.

NH CA No. 06-88-SM
RI MC No. 06-19-T

THOMAS P. COLANTUONO,
WILLIAM E. MORSE,
JAMES W. CHAPMAN, JR.,
ROBERTA KEENAN,
DONALD FAITH,
PAUL J. BARBADORO,
and Unspecified Defendants

**ORDER REFERRING MATTER TO MAGISTRATE JUDGE AND APPLYING LOCAL RULES OF DISTRICT OF RHODE ISLAND**

It is hereby ORDERED as follows:

1. This matter is hereby referred to a magistrate judge for:

   A. Review and appropriate action in accordance with Local Civil Rule 77.5 of the District of New Hampshire and/or

   B. A Report and Recommendation as to whether the plaintiff should be directed to show cause why this case should not be dismissed on the ground that he seeks to collaterally attack his conviction and cannot assert his claim unless and until that conviction is vacated.

2. Henceforth, this case shall be governed by the Local Rules of the District of Rhode Island.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge
Date: 4/5/06 , 2006