IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ~~NEW HAMPSHIRE~~ RHODE ISLAND

| | |
|---|---|
| STEVEN A. SWAN<br>Plaintiff<br>v.<br>THOMAS P. COLANTUONO<br>WILLIAM E. MORSE<br>JAMES C. CHAPMAN, JR.<br>ROBERTA KEENAN<br>DONALD FEITH<br>PAUL J. BARBADORO<br>AND<br>OTHER UNKNOWN U.S.<br>GOVERNMENT OFFICIALS | Civil No. RI CA No. 06-019 T<br>NH CA No. 06-88-SM |

PLAINTIFF'S MOTION FOR A COPY OF THE LOCAL RULES AND FOR AN EXTENSION OF TIME TO RESPOND TO THE REPORT AND RECOMMENDATION

I, Steven A. Swan, the incarcerated Plaintiff in this action proceeding <u>pro se</u>, hereby move this Court for a copy of the Local Rules of this Court and for an extension of time within which to respond to the April 18, 2006 Report and Recommendation of Senior U.S. Magistrate Judge Jacob Hagopian. In support of this motion, I submit the following:

1. I had originally filed this action in the U.S. District Court for the District of New Hampshire. However, because all of the judges of that court recused themselves from this case, it was then transferred to this Court.
2. Pursuant to New Hampshire Local Civil Rule 77.5(a)(1), this action was to have been governed by the New Hampshire Local Rules "unless otherwise ordered by the judge presiding by designation." On April 5, 2006, Chief Judge Ernest C. Torres of this Court ordered that "[h]enceforth, this case shall be governed by the Local Rules of the District of Rhode Island."

3. On April 10, 2006, in another case which was also transferred to this Court (Swan v. Barbadoro, et al, RI CA No. 05-491 T; NH CA No. 05-401-ECT), I moved this Court for a copy of the Local Rules of this Court so that I could proceed in that case. I have not yet received the copy of the Local Rules that I requested.

WHEREFORE, because this Court has mandated that this case shall be governed by the Local Rules of this Court, and because I am unable to properly proceed in this case without a copy of those Local Rules, I respectfully request that this Court--

A. Order the clerk of this Court to provide me with a copy of the Local Rules of this Court or inform me how I can procure a copy;

B. Grant me an adequate amount of time after I receive a copy of the Local Rules within which to respond to the April 18, 2006 Report and Recommendation of Senior U.S. Magistrate Judge Hagopian; and

C. Provide such other and further relief as is authorized by law or equity.

Because of the nature of this motion, I do not believe that a memorandum in support of it is necessary if, in fact, one is required pursuant to the Local Rules.

I have not served a copy of this motion on the known defendants because the time within which they are allowed to respond to the Notices of Lawsuit and Request for Waiver of Service of Summons which I mailed to each of them has not yet expired and none of them has yet responded to those notices and requests.

Dated: April 21, 2006

Respectfully submitted,

Steven A. Swan

Steven A. Swan, pro se
00259-049 Camp
Federal Medical Center, Devens
P.O. Box 879
Ayer, MA 01432