**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

**STEVEN A. SWAN,**
plaintiff,

v.

RI C.A. No. 06- 019 T
NH C.A. No. 06-088 SM

**THOMAS P. COLANTUONO,**
ET AL.,
defendants.

**ORDER**

This matter is before the Court on the motion of the *pro se* plaintiff to extend time in which to file an Objection to a Report and Recommendation issued on April 18, 2006. Additionally, plaintiff requests from the Clerk of Court a copy of the Local Rules for the District of Rhode Island.

Plaintiff's motion is **GRANTED**. Plaintiff shall have until May 31, 2006 to file an objection, if any, to the Report and Recommendation issued on April 18, 2006. Furthermore, the Clerk of Court shall forward to the plaintiff one copy of the Local Rules for the District of Rhode Island.

IT IS SO ORDERED.

Jacob Hagopian
Senior Untied States Magistrate Judge
May 9, 2006